UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE ALDEN MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.　13-cv-04594-WHO<br><br>**ORDER TO SHOW CAUSE AND FILE MOTION** |

Under the scheduling order, plaintiff's motion for summary judgment or remand should have been filed by **March 3, 2014**. As of today's date, plaintiff has not filed the required motion and has not contacted the Court to explain the status of the case.

Plaintiff shall respond to this Order to Show Cause by filing the motion for summary judgment or remand on or before **April 28, 2014**. If plaintiff fails to file the required motion by that date, the Court will dismiss this case for failure to prosecute. Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED**.

Dated: April 7, 2014

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE ALDEN MITCHELL SR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY et al,<br><br>　　　　Defendant.　　　　　　／ | Case Number: CV13-04594 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 7, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Lonnie Alden Mitchell
124 Gardiner Avenue
South San Francisco, CA 94080

Dated: April 7, 2014

　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　By: Jean Davis, Deputy Clerk