1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE ALDEN MITCHELL,<br><br>       Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No.  13-cv-04594-WHO<br><br>**ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND**<br><br>Re: Dkt. No. 12 |

On April 7, 2014, the Court issued an Order to Show Cause requiring plaintiff to file his Motion for Summary Judgment or Remand on or before April 28, 2014.  On April 28, 2014, Mr. Mitchell filed a "notice," explaining to the Court that he does not have representation and asking for an extension of time to file his Motion for Summary Judgment or Remand.  Docket No. 13. I GRANT Mr. Mitchell's request for an extension of time.  Mr. Mitchell shall file his Motion for Summary Judgment or Remand by **June 27, 2014**.

Mr. Mitchell may also want to contact the Court's Legal Help Center.  The Legal Help Center's attorney can provide information about legal rights and responsibilities and about the court procedures applicable to Mr. Mitchell's case, limited-scope legal advice, and help preparing simple pleadings.  If Mr. Mitchell seeks help from the Legal Help Center, he will still represent himself.  The attorney at the Legal Help Center can provide information, advice, and basic legal help but cannot represent litigants as their lawyer.

Help is provided by appointment only.  There are two ways to schedule an appointment and only one appointment may be scheduled at a time:

1.      Sign up in the appointment book located on the table outside the door of the Legal Help Center in San Francisco (450 Golden Gate Ave., 15th Floor, Room 2796, San Francisco, CA 94127); or

2.      Call the Legal Help Center and make an appointment at 415-782-8982.

If Mr. Mitchell does not file his Motion for Summary Judgment or Remand by **June 27, 2014**, the Court will dismiss this case for failure to prosecute.  Fed. Rule of Civ. Proc. 41(b).

**IT IS SO ORDERED**.

Dated: April 29, 2014

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


LONNIE ALDEN MITCHELL SR,

               Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

_____/

Case Number: CV13-04594 WHO

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Lonnie Alden Mitchell
124 Gardiner Avenue
South San Francisco, CA 94080


Dated: April 29, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk