UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE ALDEN MITCHELL,<br>    Plaintiff,<br>    v.<br>CAROLYN W. COLVIN,<br>    Defendant. | Case No. 13-cv-04594-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 18 |

The Court having denied plaintiff's motion for summary judgment and granted defendant's motion for summary judgment, judgment is accordingly entered in favor of the defendant.

Dated: December 12, 2014

                                      Richard W. Wieking, Clerk

                                      By: Jean M. Davis, Deputy Clerk